IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CT-3094-D

| | |
|---|---|
| ONZORA F. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MASTERFOODS USA, et al., ) | |
| ) | |
| Defendants. ) | |

On August 24, 2010, plaintiff filed a motion to compel discovery [D.E. 13]. On November 30, 2010, plaintiff filed a second motion to compel discovery [D.E. 23].

On August 24, 2010, this court dismissed plaintiff's claims against defendants Masterfoods USA and Mars Incorporated [D.E. 11]. On November 18, 2010, plaintiff appealed this court's decision [D.E. 20]. On January 19, 2011, the Fourth Circuit affirmed the dismissal [D.E. 30].

In light of the dismissal of plaintiff's claims against defendants Masterfoods USA and Mars Incorporated, plaintiff's motions to compel [D.E. 13, 23] are DENIED AS MOOT.

SO ORDERED. This 25 day of January 2011.

JAMES C. DEVER III
United States District Judge